Krishna REDDY, Plaintiff–Appellant

v.

Gary SMITH, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; Kathy Coos, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; Karen Boudreaux, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; Christine Randolph, individually and also as the agent of the defendant Superior Global Solutions, Incorporated; Does 1 Through 100; Superior Global Solutions; Sydniee Schuster, individually and also as the agent of the defendant Superior Global Solutions, Incorporated, Defendants–Appellees.

No. 13–40798
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 13, 2014.

Krishna Reddy, Victorville, CA, pro se.

William Wallace Camp, Dallas, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

266

PER CURIAM: *

The judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.